UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS pursuant to 18 U.S.C. § 4100 et seq. (AIDEN TOSCA) | No. 23-mj-7227 |

ORDER

Pursuant to 28 U.S.C. § 636(g), the Honorable Jennifer C. Boal, a United States Magistrate Judge for the District of Massachusetts, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about May 17, 2023 in Lima, Peru, relating to the proposed transfer of an offender from Peru to the United States. She is also authorized to assign counsel for the said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

ENTERED this 1st day of May, 2023, at Boston, Massachusetts.

_____
HONORABLE DENNIS F. SAYLOR, IV
CHIEF UNITED STATES DISTRICT JUDGE